

# U.S. District Court

## Georgia Northern - Atlanta

Receipt Date: Nov 8, 2024 2:20PM

Kenneth Johnson

Rcpt. No: 100015370                 Trans. Date: Nov 8, 2024 2:20PM                 Cashier ID: #MH

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|----|---------|---------------------|-----|-------|-----|
| 200 | Civil Filing Fee- Non-Prisoner | | 1 | 405.00 | 405.00 |

| CD | Tender | | Amt |
|----|--------|--|-----|
| CC | Credit Card | | $405.00 |

| | |
|--|--|
| Total Due Prior to Payment: | $405.00 |
| Total Tendered: | $405.00 |
| Total Cash Received: | $0.00 |
| Cash Change Amount: | $0.00 |

**Comments**: Case No. 1:24-cv-5140

When presenting a check as payment, you are authorizing the court to convert your payment to a one-time electronic funds transfer from your account. A $53.00 returned check fee will be assessed for any check payment returned as uncollected.