UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KENNETH JOHNSON and JACQUELYN JOHNSON,<br><br>    Plaintiffs,<br><br>v.<br><br>GEORGIA DEPARTMENT OF PUBLIC HEALTH,<br><br>    Defendant. | CIVIL ACTION NO.<br>1:24-CV-05140-SEG |

**DEFENDANT GEORGIA DEPARTMENT OF
PUBLIC HEALTH'S MOTION TO DISMISS**

Defendant Georgia Department of Public Health, through counsel, and pursuant to FED. R. CIV. P. 12(b)(1), respectfully files this motion to dismiss all claims asserted against it in the first amended complaint (Doc. 20) in this action based on the Eleventh Amendment and the doctrine of sovereign immunity, as set forth in the accompanying brief.

WHEREFORE, Defendant Georgia Department of Public Health requests that the Court grant this motion and dismiss all claims asserted against it in this action.

Respectfully submitted,

Christopher M. Carr    112505
Attorney General

Loretta L. Pinkston-Pope    580385
Deputy Attorney General

<u>s/ Roger A. Chalmers</u>
Roger A. Chalmers    118720
Senior Assistant Attorney General

PLEASE ADDRESS ALL
COMMUNICATIONS TO:
Roger A. Chalmers
State Law Department
40 Capitol Square SW
Atlanta, GA 30334
Tel: (404) 458-3220
Fax: (404) 651-5304
Email: rchalmers@law.ga.gov

-2-

-3-

## CERTIFICATE OF SERVICE

I certify that I have this day served the foregoing pleading with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all counsel of record.

I further certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

Kenneth Johnson
2800 Tydnall Drive
Valdosta, Georgia 31602

Jacquelyn Johnson
2800 Tydnall Drive
Valdosta, Georgia 31602

This 15th day of August, 2025.

s/Roger A Chalmers