IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

JAN 16 2026

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

KENNETH JOHNSON, et al,

    Plaintiffs

v.

GEORGIA DEPARTMENT OF
PUBLIC HEALTH

    Defendants.

Civil Action No:
1:24-cv-5140-SEG

MOTION TO RECUSE

## MOTION TO RECUSE

Plaintiff's Kenneth Johnson and Jacquelyn Johnson (hereinafter "Johnson's"), 28 U.S.C. § 455 and the principles of due process guaranteed by the U.S. Constitution, submit this Motion for presiding Judge Sarah Geraghty to recuse herself from these proceedings for good cause.

Section 455 requires disqualification when the judge's impartiality might reasonably be questioned, including having a personal bias, a financial interest in the outcome, or prior involvement in the case.

Judge Geraghty has demonstrated reasonable cause to question her ability to be impartial. In fact, since becoming presiding judge over these proceedings,

1

Judge Geraghty has explicitly disregarded the federal rules of civil procedures and shielding Defendant-DPH from answering the charges against them.

This Court granted Defendant-DPH's motion to stay the proceedings while the presiding judge considers its' motion to dismiss based on the erroneous and bad faith claim of state sovereign immunity under the Eleventh Amendment, in a Fourteenth Amendment proceeding where section five of the amendment abrogates state sovereign immunity and codified as 42 U.S.C §1983 - Deprivation of Rights, 42 U.S.C §1985 - Conspiracy to Interfere with Rights, and 42 U.S.C §1986 - Neglect to Protect Rights, implicitly abrogating the states' eleventh amendment immunity.

More than four hundred days have passed since the Plaintiff's initiated these proceedings and this Court has not required Defendant-DPH to file an answer to the Complaint as mandated under Rule 12 of the F.R.C.P.

It does not take four hundred days to make a decision on a meritless motion to dismiss and stalling these proceedings for such a length of time without cause deprives the Plaintiff's of their constitutionally protected rights under the Fourteenth Amendment while violated the federal criminal statute for when public official acting under color of law interfere with and deprive anyone of their protected rights!

## Conclusion

Judge Geraghty's actions have continued the pattern of abuse of power and abuse of discretion demonstrated by Judge May and using her position to assist and provide comfort to Defendant-DPH subsequently denying the Plaintiff's full and fair opportunity to litigate.

Furthermore, Judge Geraghty cannot be impartial and will undoubtedly retaliate against the Plaintiff's for fighting back against her abuse of discretion and abuse of power, just like Judge May previously did under the same circumstances!

A reasonable person would reasonably question Judge Geraghty's ability to be impartial therefore recusal is proper and mandated under the federal statute.

                                                Respectfully submitted,

Dated:   January 12, 2026            */s/ Kenneth Johnson*
                                              Kenneth Johnson

                                              */s/ Jacquelyn Johnson*
                                              Jacquelyn Johnson

                                              2800 Tyndall Drive
                                              Valdosta, Georgia 31602
                                              229.560.5555
                                              mikekjjohnson48@yahoo.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| KENNETH JOHNSON, et al, <br><br> Plaintiffs <br><br> v. <br><br> GEORGIA DEPARTMENT OF PUBLIC HEALTH <br><br> Defendants. | Civil Action No: <br> 1:24-cv-5140-SEG <br><br> <u>MOTION TO RECUSE</u> |

## **<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that I filed the foregoing ***MOTION TO RECUSE*** with the Clerk of the Court via United States Postal Service mail. I also certify that I mailed by United States Postal Service the foregoing document to the following participants:

1

Respectfully submitted,

Dated:   January 12, 2026

*/s/ Kenneth Johnson*
Kenneth Johnson

*/s/ Jacquelyn Johnson*
Jacquelyn Johnson

2800 Tyndall Drive,
Valdosta, Georgia 31602
229.560.5555
mikekjjohnson48@yahoo.com

Roger Chalmers
State of Georgia Department of Law
40 Capitol Square, S.W.
Atlanta, Georgia 30334-1300

Alan White
999 Peachtree Street, NE, Suite 1600
Atlanta, GA 30309-4421

David Eugene Hudson
P.O. Box 1564
Augusta, GA 30903

James L. Elliott
Elliott Blackburn Law
3016 North Patterson Street
Valdosta, GA 31602-0579

Wayne Melnick
100 Galleria Pkwy.
Suite 1600
Atlanta, GA 30339